WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Paterno C. Jurani, Esq.
Nevada Bar No. 8136
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 475-7964; Fax: (702) 946-1345
pjurani@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M1*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ARGENT SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-M1,<br><br>Plaintiff,<br>vs.<br><br>SHADOW SPRINGS COMMUNITY ASSOCIATION; RED ROCK FINANCIAL SERVICES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-02442-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO RED ROCK FINANCIAL SERVICES, LLC'S MOTION TO DISMISS UNDER FRCP 12(b)(6), OR, IN THE ALTERNATIVE, UNDER FRCP 12(b)(7) (FIRST REQUEST)** |

COMES NOW, Plaintiff, Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M1 (hereinafter "Deutsche Bank" or "Plaintiff"), by and through its attorneys of record, Dana Jonathon Nitz, Paterno C. Jurani, Esq., and Natalie C. Lehman, Esq. of the law firm of Wright, Finlay & Zak, LLP, and Defendant, Red Rock Financial Services, LLC (hereinafter "Red Rock"), by and through its attorneys of record, David R. Koch, Esq., Steven B. Scow, Esq, and Brody R. Wight, Esq., and hereby stipulate and agree that Plaintiff shall have an extension of time of fourteen (14) days, up

to and including January 31, 2018, in which to file its Opposition to RED ROCK FINANCIAL SERVICES, LLC'S MOTION TO DISMISS UNDER FRCP 12(b)(6), OR, IN THE ALTERNATIVE, UNDER FRCP 12(b)(7) [ECF No. 6], filed on January 3, 2018. The requested extension is necessary to allow Plaintiff to fully evaluate and address the arguments in the motion and for the parties to discuss settlement. Plaintiff's Opposition is currently due to be filed on or before January 17, 2018.

This is the parties' first request for an extension. This request is made in good faith and not for purposes of delay or prejudice to any party.

**IT IS SO STIPULATED.**

Dated this 17th day of January, 2018.　　　　　Dated this 17th day of January, 2018.

WRIGHT, FINLAY & ZAK, LLP　　　　　　　　KOCH & SCOW LLC

/s/ Paterno C. Jurani, Esq.　　　　　　　　　　　/s/ Steven B. Scow, Esq.
Paterno C. Jurani, Esq.　　　　　　　　　　　　David R. Koch, Esq.
Nevada Bar No. 8136　　　　　　　　　　　　　Nevada Bar No. 8830
7785 W. Sahara Ave., Suite 200　　　　　　　　Steven B. Scow, Esq.
Las Vegas, NV 89117　　　　　　　　　　　　　Nevada Bar No. 9906
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M1*　　Brody R. Wight, Esq.
Nevada Bar No. 13615
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052
*Attorneys for Defendant, Red Rock Financial Services, LLC*

**ORDER**

**IT IS SO ORDERED**.

Dated January 18, 2018.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE